STATE OF MINNESOTA

COUNTY OF HENNEPIN

IN DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type: 14 (Other Civil)
Court File No.

Eric Wong,

Plaintiff,

vs.

James L. Cohen, LLC;
I Like You LLC; and
Fox Tax, LLC,

Defendants.

\* \* \* \* \* \* \* \* \* \* \*

### ANSWER

Defendant I Like You LLC, as and for its Answer to Plaintiff's Complaint ("Complaint") states and alleges as follows:

I.

Except as hereinafter specifically admitted, qualified, or otherwise answered, denies each and every matter, allegation, and thing contained therein.

II.

States that it lacks sufficient information or belief as to Plaintiff's disability status, acknowledges that Plaintiff purports to bring various claims against it and the other Defendants, specifically denies that Plaintiff is entitled to the relief he seeks against this answering Defendant, and otherwise denies the allegations contained in Paragraph 1 of such Complaint.

EXHIBIT
C

III.

Denies the allegations contained in Paragraphs 2, 3, and 4 of such Complaint, as they pertain to it.

IV.

Admits that Plaintiff purports to seek relief, but denies that it is entitled to that relief and otherwise denies the allegations contained in Paragraph 5 of such Complaint.

V.

Admits that venue is proper in Hennepin County District Court, but otherwise denies the allegations contained in Paragraph 6 of such Complaint as they pertain to it.

VI.

States that it lacks sufficient information or belief to either admit or deny the allegations contained in Paragraphs 7, 8, and 9 of such Complaint.

VII.

Admits that it is a Minnesota limited liability company and that it leases retail space located at 501 First Avenue Northeast, but otherwise denies the allegations contained in Paragraph 10 of such Complaint.

VIII.

States that it lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 11 of such Complaint.

IX.

States that it lacks sufficient information or belief to either admit or deny the allegations contained in Paragraphs 12, 13, 14, 15, 16, 17, and 18 of such Complaint.

## X.

Affirmatively alleges that 42 U.S.C. § 12101, et seq., speaks for itself, and otherwise denies the allegations contained in Paragraphs 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, and 29 of such Complaint.

## XI.

Denies the allegations contained in Paragraph 30, as they pertain to it.

## XII.

States that it lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 31 of such Complaint.

## XIII.

Denies the allegations contained in Paragraphs 32, 33, 34, and 35 of such Complaint as they pertain to it.

## XIV.

States that it lacks sufficient information or belief to either admit or deny the allegations contained in Paragraphs 36 and 37 of such Complaint.

## XV.

Denies the allegations contained in Paragraph 38 of such Complaint, as they pertain to it.

## XVI.

Restates and realleges its response to Paragraphs 1 through 38 in response to Paragraph 39 of such Complaint.

## XVII.

Affirmatively alleges that 42 U.S.C. § 12101, et seq., speaks for itself and otherwise denies the allegations contained in Paragraphs 40 and 41 of such Complaint.

3

XVIII.

Denies the allegations contained in Paragraphs 42, 43, 44, and 45 of such Complaint as they pertain to it.

XIX.

Affirmatively alleges that 42 U.S.C. §§ 12188, 12205, and 12117 and 28 CFR § 36.505 speak for themselves, deny that Plaintiff is entitled to remedies against it under those or any other statutory or regulatory proceedings, and otherwise denies the allegations contained in Paragraphs 46 and 47 as they pertain to it.

XX.

Restates and realleges its response to Paragraphs 1 through 47 in response to Paragraph 48 of such Complaint.

XXI.

Affirmatively alleges that Minn. Stat. § 363A.11 speaks for itself and otherwise denies the allegations contained in Paragraphs 49 and 50 of such Complaint.

XXII.

Denies the allegations contained in Paragraphs 51, 52, and 53 of such Complaint, as they pertain to it.

XXIII.

States that it lacks sufficient information or belief as to Plaintiff's specific plans, but otherwise denies the allegations contained in Paragraph 54 of such Complaint, as they pertain to it.

XXIV.

Affirmatively alleges that Minn. Stat. § 363A.33 speaks for itself, denies that Plaintiff is entitled to any relief against this answering Defendant under that statute, and otherwise denies the allegations contained in Paragraphs 55 and 56 as they pertain to it.

4

XXV.

Affirmatively alleges that Plaintiff's Complaint fails to state a cause of action against this answering Defendant.

XXVI.

Affirmatively alleges that it is entitled to assert all affirmative defenses available for claims alleged under either the Americans with Disabilities Act or the Minnesota Human Rights Act and as the evidence demonstrates.

XXVII.

WHEREFORE, Defendant I Like You LLC demands judgment dismissing Plaintiff's Complaint and pretended cause of action against it, with prejudice, and awarding to this answering Defendant its costs and disbursements herein together with such further and additional relief as the Court deems just and equitable.

The undersigned hereby acknowledges that sanctions may be awarded pursuant to Minn. Stat. § 549.211.

Dated: October 28, 2013

Timothy P. Tobin #127887
GISLASON & HUNTER LLP
Attorneys for Defendant I Like You LLC
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: 763-225-6000

1466954.1