# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eric Wong, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, | Case No:  0:13-cv-03075-PAM-SER |
| v. | |
| James L. Cohen, LLC;<br>I Like You, LLC;<br>and Fox Tax, LLC, | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendant James L. Cohen, LLC has retained Andrew Brown, Esq. of Reding & Pilney, PLLP to substitute as counsel for Jonathan P. Norrie and Pamela D. Steinle of Bassford Remele, PA in this case.

Dated:  December 30, 2013         s/Andrew Brown
                                  Andrew Brown, (#0284701)
                                  Reding & Pilney, PLLP
                                  8661 Eagle Point Boulevard
                                  Lake Elmo, MN 55042
                                  Phone: (651) 702-1414
                                  Fax: (651) 702-1415
                                  Email: a.brown@redingpilney.com

Dated:  December 30, 2013         s/Jonathan P. Norrie
                                  Jonathan P. Norrie, (#0347309)
                                  Pamela D. Steinle, (#0392478)
                                  Bassford Remele, PA
                                  33 South Sixth Street, Suite 3800
                                  Minneapolis, MN 55402
                                  (612) 333-3000
                                  Email: jnorrie@bassford.com
                                  Email: psteinle@bassford.com