**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Eric Wong

                    Plaintiff,                                    Civil 13-3075 (PAM/SER)

v.

                                                         **ORDER OF DISMISSAL**

James L. Cohen, LLC
et al.


                    Defendants.


_____

    The court having been advised that the above case has been settled,

    **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: February __24__ , 2014


                                                         *s/Paul A. Magnuson*
                                                         Paul A. Magnuson, Judge
                                                         United States District Court